

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>THG PROPERTIES LLC,<br>    Debtor | Ch. 11<br><br>20-10644-FJB |

### Proceeding Memorandum and Order

**MATTER:**
Telephonic Hearing:
#25 Motion filed by Debtor THG Properties LLC for Use of Cash Collateral(Madoff, David)
#27 Opposition  filed by Creditor Avidia Bank   (D'Amico, Howard)

**Decision set forth more fully as follows:**
Telephonic Hearing held on 5/12/2020. Based on the representations of Debtor's Counsel as to payments  and the receipt of rent from the operating entity, the objection of Avida Bank to the further use of cash collateral was withdrawn in open court, the United States Trustee indicating no objection and no other objections having been filed, the Debtor is authorized use of Cash Collateral on an interim basis through June 23, 2020 pursuant to the terms and conditions as previously allowed.  On or before 4:30 p.m on June 16, 2020, the Debtor shall file a further Motion for Interim Use of Cash Collateral and the Court shall hold a hearing on June 23, 2020, at 11:30 a.m. Any and all objections or other responses to said motion shall be filed on or before June 22, 2020, by 12:00 p.m. The Debtor is directed to submit a proposed order by 4:30 p.m. on May 13, 2020.

By the Court,

*Frank J Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 5/12/2020