| Monthly Budget | RECONCILIATION TO ACTUAL | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | | | Actual Mar - May | Diff to budget |
| | | March (Post) | April | May | Total | | | |
| Cash Receipts | | $ 22,400.00 | $ 22,400.00 | $ 22,400.00 | $ 67,200.00 | | $ 20,000.00 | $ (47,200.00) |
| Operating Expenses | | | | | | | | |
| | RE Taxes (accrual) | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 6,000.00 | | $ - | $ (6,000.00) |
| | Insurance | $ 590.00 | $ 590.00 | $ 570.00 | $ 1,750.00 | | $ 1,709.74 | $ (40.26) |
| | Rubbish | $ - | $ - | $ - | $ - | | $ - | $ - |
| | Landscaping | $ - | $ - | $ - | $ - | | $ - | $ - |
| | Maintenance and Repairs | $ - | $ - | $ - | $ - | | $ - | $ - |
| | Verizon-Fire Alarm Line | $ - | $ - | $ - | $ - | | $ - | $ - |
| | Water/Irrigation | $ - | $ - | $ - | $ - | | $ - | $ - |
| | Fire Alarm Monitoring | $ - | $ - | $ - | $ - | | $ - | $ - |
| | National Grid | $ - | $ - | $ - | $ - | | $ - | $ - |
| | Other - Professional Fees, Filings | $ 300.00 | $ 2,500.00 | $ 300.00 | $ 3,100.00 | | $ 639.08 | $ (2,460.92) |
| Chapter 11 Expenses | | | | | | | | |
| | Avidia Bank (1st Interest Only) | $ 7,805.00 | $ 7,805.00 | $ 7,805.00 | $ 23,415.00 | | $ 7,501.03 | $ (15,913.97) |
| | Avidia Bank (2nd Interest Only) | $ 6,570.31 | $ 7,100.00 | $ 6,570.31 | $ 20,240.62 | | $ 5,390.62 | $ (14,850.00) |
| | Avidia Bank (Town Hospitality Group Credit Card) | $ 2,560.00 | $ 2,560.00 | $ 2,560.00 | $ 7,680.00 | | $ 2,597.00 | $ (5,083.00) |
| | Avida Bank (Town Hospitality Group Equipment Loan) | $ 2,111.00 | $ 2,111.00 | $ 2,111.00 | $ 6,333.00 | | $ 2,110.78 | $ (4,222.22) |
| | UST Fees | | $ 650.00 | | $ 650.00 | | $ 325.00 | $ (325.00) |
| | Total Expenses | $ 21,936.31 | $ 25,316.00 | $ 21,916.31 | $ 69,168.62 | | $ 20,273.25 | $ (48,895.37) |
| Net Cash Flow | | $ 463.69 | $ (2,916.00) | $ 483.69 | $ (1,968.62) | | $ (273.25) | |
| Beginning Cash | | $ 3,366.81 | $ 3,830.50 | $ 914.50 | $ 3,366.81 | | $ 3,366.81 | |
| Ending Cash | | $ 3,830.50 | $ 914.50 | $ 1,398.19 | $ 1,398.19 | | $ 3,093.56 | |

Assumes working with interest only for 1st Mortgage at Avidia Bank.  Currently principal and interest.  2nd Mortgage is Interest Only already.

Assumes that Town Hospitality Group would pay for required monthly payments for credit card and equipment loan directly.  If not, then THG Properites LLC would require more rent to make payments on their behalf.

Town Hospitality Group has been closed for operations due to COVID-19 since mid March 2020.

Town Hospitality Group has applied for PPP stimulus and disaster loans however funds have not been disbursed as of May 6.