UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>THG PROPERTIES LLC;<br>TOWN HOSPITALITY GROUP, INC.<br><br>Debtor. | Chapter 11<br>Case Nos.  20-10644-FJB<br>20-11496-FJB<br><br>JOINTLY ADMINISTERED |

## NOTICE OF LAST DATE TO FILE CLAIMS AGAINST THE DEBTORS

The Bankruptcy Court has set a bar date (a deadline for filing proofs of claim) of

_____ **(the "Bar Date"),** in the jointly administered Chapter 11 cases captioned above.

**IF YOU ARE REQUIRED TO FILE A PROOF OF CLAIM BUT DO NOT DO SO IN THE MANNER AND TIME DESCRIBED BELOW, YOUR CLAIM SHALL BE FOREVER BARRED, YOU SHALL NOT BE ENTITLED TO ANY PAYMENT ON THAT CLAIM, YOU WILL NOT BE ALLOWED TO VOTE ON ANY PROPOSED CHAPTER 11 PLAN, AND YOU MAY RECEIVE NO FURTHER NOTICES REGARDING YOUR CLAIM.**

1. <u>Filing Required</u>.  You <u>must</u> file a proof of claim not later than the Bar Date for each prepetition claim that you hold against the Debtors, including any claim that arises from the rejection by the Debtor of a lease to which you are a party, <u>unless</u>:

    (a) Your claim is listed in the Schedules of Liabilities, as may be amended, filed by the Debtors and is not listed therein as an unliquidated, contingent or disputed liability, and you agree that the amount of such claim and the status of collateral (or lack thereof) is correctly stated and you do not otherwise contest the accuracy of such claim as listed.

    (b) You have a claim of the type described in Sections 502(g), (h), or (i) of the United States Bankruptcy Code, in which case the deadline for filing your proof of such claim is the <u>later</u> of (i) the Bar Date; (ii) 30 days after occurrence of the event giving rise to such claim; or (iii) such other date as may be established by the Plan of Reorganization filed in this case.

2.	<u>Filing Procedures</u>.  A proof of claim must be substantially in the form of Official Form No. 410, a copy of which is enclosed, and <u>must be filed</u> not later than the Bar Date (or, if applicable, the deadline set forth in paragraph 1(b) above), <u>in each case for which you have a claim</u>, with the Clerk of the Bankruptcy Court either by the Court's Electronic Case Filing System, or at the following address:

    Clerk's Office
    United States District Court for the District of Massachusetts
    JW McCormack Post Office and Court House
    5 Post Office Square, Suite 1150
    Boston, MA 02109

**Correspondence sent to the undersigned that is not substantially in the form of Official Form No. 410 and is not filed with the Court shall not be considered a valid proof of claim.**

THG PROPERTIES LLC;
TOWN HOSPITALITY GROUP, INC.

By their attorneys,

<u>/s/ Steffani M. Pelton</u>
David B. Madoff, Esq. (BBO # 552968)
Steffani M. Pelton, Esq. (BBO# 666470)
MADOFF & KHOURY LLP
Pine Brook Office Park
124 Washington Street, Suite 202
Foxborough, MA 02035
(508) 543-0040
pelton@mandkllp.com