UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>THG PROPERTIES LLC;<br>TOWN HOSPITALITY GROUP, INC.<br><br>Debtor. | Chapter 11<br>Case Nos.  20-10644-FJB<br>20-11496-FJB<br><br>JOINTLY ADMINISTERED |

## RECONCILIATION OF BUDGETS AGAINST ACTUAL RECEIPTS AND DISBURSEMENTS THROUGH SEPTEMBER 30, 2020

Debtors THG Properties LLC and Town Hospitality Group Inc., (the "Debtors") submit the attached reconciliations of their budgets against actual receipts and disbursements through September 30, 2020.

Respectfully submitted this 15th day of October, 2020.

                                              THG PROPERTIES LLC,
                                              TOWN HOSPITALITY GROUP, INC.

                                              By their Attorneys,

                                              */s/  Steffani M. Pelton*
                                              David B. Madoff (BBO#552968)
                                              Steffani M. Pelton (BBO#666470)
                                              MADOFF & KHOURY LLP
                                              124 Washington Street
                                              Foxboro, MA 02035
                                              (508) 543-0040
                                              madoff@mandkllp.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 15, 2020, she caused copies of the foregoing to be served by ECF upon all parties that have requested notice in this case, including the parties indicated below.

## **SERVICE LIST**

John Fitzgerald
Office of the US Trustee  - via ECF

Howard B. D'Amico PC
33 Waldo Street
Worcester, MA 01608
hdamico@hbdpc.com – via ECF

Dated this 15th day of October, 2020.

*/s/  Steffani M. Pelton*
Steffani M. Pelton (BBO#666470)