**Town Hospitality Group, Inc**

**Monthly Budget**

| | | 3 Sept | Total Budget | | Actual Sept 2020 | Diff to budget | |
|---|---|---|---|---|---|---|---|
| Cash Receipts | Food & Beverage (sales, tax, tips) | $ 267,187.50 | $ 267,187.50 | | $ 297,309.29 | $ 30,121.79 | |
| | Lodging (sales, tax) | $ 97,282.50 | $ 97,282.50 | | $ 69,719.03 | $ (27,563.47) | |
| | Lodging (advance deposits) | | | | $ - | $ - | |
| | TOTAL RECEIPTS | $ 364,470.00 | $ 364,470.00 | | $ 367,028.32 | $ 2,558.32 | |
| Operating Expenses | | | | | | | |
| | Cost of Goods Sold | $ 72,894.00 | $ 72,894.00 | | $ 82,984.27 | $ 10,090.27 | |
| | Advertising | $ 2,000.00 | $ 2,000.00 | | $ 1,150.40 | $ (849.60) | |
| | Bad Debts | | $ - | | | $ - | |
| | Bank Charges | $ 50.00 | $ 50.00 | | $ 76.00 | $ 26.00 | |
| | Commissions & fees | $ 11,602.50 | $ 11,602.50 | | $ 2,190.78 | $ (9,411.72) | |
| | Credit Card Processing Fees | $ 11,663.04 | $ 11,663.04 | | $ - | $ (11,663.04) | Net with gross receipts by processors |
| | Depreciation Expense | $ - | $ - | | $ - | $ - | |
| | Equipment Lease | $ 600.00 | $ 600.00 | | $ - | $ (600.00) | |
| | Equipment Rental | | $ - | | $ - | $ - | |
| | Guest Relations | | $ - | | $ 101.17 | $ 101.17 | |
| | Insurance | $ 2,800.00 | $ 2,800.00 | | $ 4,071.50 | $ 1,271.50 | |
| | Interest Expense | $ - | $ - | | $ - | $ - | |
| | Landscaping/Floral | $ 500.00 | $ 500.00 | | $ 350.63 | $ (149.37) | |
| | Laundry | $ 4,500.00 | $ 4,500.00 | | $ 3,410.44 | $ (1,089.56) | |
| | Legal & Professional Fees | $ 800.00 | $ 800.00 | | $ 900.00 | $ 100.00 | |
| | Office Expenses | $ 1,500.00 | $ 1,500.00 | | $ 146.00 | $ (1,354.00) | |
| | Office Supplies (linen, flatware, glassware, hotel amenities) | $ 2,500.00 | $ 2,500.00 | | $ 8,628.87 | $ 6,128.87 | |
| | Payroll Expenses | | | | $ - | | |
| | Contractor | $ 4,800.00 | $ 4,800.00 | | $ 11,928.88 | $ 7,128.88 | |
| | Payroll Processing Fee | $ 400.00 | $ 400.00 | | $ 347.97 | $ (52.03) | |
| | Payroll Taxes | $ 12,546.00 | $ 12,546.00 | | | $ (12,546.00) | |
| | Wages | $ 88,000.00 | $ 88,000.00 | | $ 121,288.88 | $ 33,288.88 | |
| | Less Tips* | | | | | | |
| | Officer Salary, Campbell | $ 4,000.00 | $ 4,000.00 | | $ 4,000.00 | $ - | |
| | Officer Salary, Derosier | $ 4,000.00 | $ 4,000.00 | | $ 4,000.00 | $ - | |
| | Total Wages | $ 96,000.00 | $ 96,000.00 | | $ 129,288.88 | $ 33,288.88 | |
| | Total Payroll Expenses | $ 113,746.00 | $ 113,746.00 | | $ 141,565.73 | $ 27,819.73 | |
| | Pest Control | $ 170.00 | $ 170.00 | | $ 179.00 | $ 9.00 | |
| | Rent or Lease | $ 20,500.00 | $ 20,500.00 | | $ 25,000.00 | $ 4,500.00 | |
| | Total Rent or Lease | | $ - | | | $ - | |
| | Repair & Maintenance | $ 1,500.00 | $ 1,500.00 | | $ 1,995.16 | $ 495.16 | |
| | Shipping and delivery expense | $ 50.00 | $ 50.00 | | $ 538.89 | $ 488.89 | |
| | Taxes & Licenses | | $ - | | $ - | $ - | |
| | Uniforms | | $ - | | $ - | $ - | |
| | Utilities | | | | $ - | $ - | |
| | Electric | $ 3,000.00 | $ 3,000.00 | | | $ (3,000.00) | |
| | Gas | $ 1,500.00 | $ 1,500.00 | | $ 1,024.96 | $ (475.04) | |
| | Phone and Internet | $ 1,100.00 | $ 1,100.00 | | $ 1,484.96 | $ 384.96 | |
| | Trash | $ 1,250.00 | $ 1,250.00 | | $ 4,550.00 | $ 3,300.00 | |
| | Meals Tax | $ 25,560.94 | $ 25,560.94 | | $ 25,863.42 | $ 302.48 | |
| | Rooms Tax | $ 18,191.83 | $ 18,191.83 | | $ 14,367.64 | $ (3,824.19) | |
| | TOTAL EXPENSE | $ 297,978.31 | $ 297,978.31 | | $ 320,579.82 | $ 22,601.52 | |
| Chapter 11 Expenses | | | | | | | |
| | Adequate Protection Payments | $ - | | | $ - | $ - | |
| | Adequate Protection Payments - IRS | $ 8,000.00 | $ 8,000.00 | | $ 8,000.00 | $ - | |
| | Adequate Protection Payments - MASS DOR | $ 5,500.00 | $ 5,500.00 | | $ - | $ (5,500.00) | Autopay stopped |
| | | | | | | | Paying direct to catchup |
| | UST Fees | | | | $ - | | |
| | Total Expenses | $ 311,478.31 | $ 311,478.31 | | $ 328,579.82 | $ 17,101.52 | |
| Net Cash Flow | | $ 52,991.69 | $ 52,991.69 | | $ 38,448.50 | $ (14,543.20) | |
| Beginning Cash | | $ 401,349.45 | | | $ 388,591.35 | | |
| Ending Cash | | $ 454,341.15 | | | $ 427,039.85 | | |

Proforma Only - difficult to predict due to COVID-19 impacts. Peak of season is July and August
*TIPS. We have a tipped population that we collect gratuities and pay through payroll $ (45,000.00) $ (45,000.00)  $ (48,731.63) $ (3,731.63)
Rooms and Meals Tax are included in gross receipts and paid monthly in arrears.
Adequate Protection. All payments to Avidia Bank are paid by THG Properties under its cash collateral budget.

| Monthly Budget | | 5 Sept | Total | | Actual Sept 1 - Sept 30 | Diff to budget | |
|---|---|---|---|---|---|---|---|
| Cash Receipts | | $ 20,500.00 | $ 20,500.00 | | $ 20,500.00 | $ - | |
| Operating Expenses | | | | | | | |
| | RE Taxes (accrual) | $ 2,000.00 | $ 2,000.00 | | $ - | $ (2,000.00) | |
| | Insurance | $ 570.00 | $ 570.00 | | $ - | $ (570.00) | |
| | Rubbish | $ - | $ - | | $ - | $ - | tenant |
| | Landscaping | $ - | $ - | | $ - | $ - | tenant |
| | Maintenance and Repairs | $ - | $ - | | $ - | $ - | tenant |
| | Verizon-Fire Alarm Line | $ - | $ - | | $ - | $ - | tenant |
| | Water/Irrigation | $ - | $ - | | $ - | $ - | tenant |
| | Fire Alarm Monitoring | $ - | $ - | | $ - | $ - | tenant |
| | Bank Charges | $ - | $ - | | $ 30.00 | $ 30.00 | tenant |
| | Other - Professional Fees, Filings | $ 300.00 | $ 300.00 | | | $ (300.00) | |
| Chapter 11 Expenses | | | | | | | |
| | Avidia Bank (1st Interest Only) | $ 7,650.00 | $ 7,650.00 | | $ 7,671.31 | $ 21.31 | |
| | Avidia Bank (2nd Interest Only) | $ 5,500.00 | $ 5,500.00 | | $ 5,497.33 | $ (2.67) | |
| | Avidia Bank (Town Hospitality Group Credit Card) | $ 2,560.00 | $ 2,560.00 | | $ 2,560.00 | $ - | |
| | Avidia Bank (Town Hospitality Group Equipment Loan) | $ 2,110.78 | $ 2,110.78 | | $ 2,111.78 | $ 1.00 | |
| | Avidia Bank (Catch-up Payments Mar and Apr) | | $ - | | | $ - | |
| | UST Fees | | $ - | | | $ - | |
| | Total Expenses | $ 20,690.78 | $ 20,690.78 | | $ 17,870.42 | $ (2,820.36) | |
| Net Cash Flow | | $ (190.78) | $ (190.78) | | $ 2,629.58 | | |
| Beginning Cash | | $ 32,340.37 | #REF! | | $ 32,340.37 | | |
| Ending Cash | | $ 32,149.59 | #REF! | | $ 34,969.95 | | |

Assumes working with interest only for 1st Mortgage at Avidia Bank. Currently principal and interest. 2nd Mortgage is Interest Only already.
Assumes that Town Hospitality Group would pay for required monthly payments for credit card and equipment loan directly. If not, then THG Properites LLC would require more rent to make payments on their behalf.